# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ROBERT SPEELMAN,

    Petitioner,        :        Case No. 3:06-cv-386

        District Judge Thomas M. Rose
  -vs-        Chief Magistrate Judge Michael R. Merz

        :

UNITED STATES OF AMERICA, et al.,

    Respondents.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #7), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on May 3, 2007, hereby ADOPTS said Report and Recommendations.

It is therefore ORDERED that this action be dismissed without prejudice for failure to prosecute.

May 8, 2007.        **s/THOMAS M. ROSE**

        _____
        Thomas M. Rose
        United States District Judge